IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No: 9:16-cv-81574-DMM

v.

MARTIN J. BENNETT,

    Defendant.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

The Defendant, Martin J. Bennett, by and through undersigned counsel, hereby files this Answer and Affirmative Defenses to Plaintiff's Complaint, and states as follows:

## ANSWER

1. The allegations of paragraph 1 are admitted for subject matter jurisdiction only, but are otherwise denied.

2. The allegations of paragraph 2 are admitted.

3. The allegations of paragraph 3 are denied.

4. The allegations of paragraph 4 are denied.

## FIRST AFFIRMATIVE DEFENSE

5. The Defendant states that all calculations and sums alleged by the Plaintiff are subject to an accounting and correction by the Court. The Plaintiff and or its prior servicing agents have received payments that were not applied to the account properly.

## SECOND AFFIRMATIVE DEFENSE

6. The claim of the Plaintiff is barred by the doctrine of laches. Defendant allegedly defaulted on the subject loans in 2006, ten (10) years ago. It is inequitable for the Plaintiff to

maintain this suit and judgment should be entered for the Defendant.

### THIRD AFFIRMATIVE DEFENSE

7.  The Plaintiff failed to state a claim upon which relief can be granted. The suit should be dismissed pursuant to Fed. R. Civ. P. 12(b), as there is no copy of the notes attached, the basis of the entire suit.

Respectfully submitted this 2nd day of December, 2016.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have, on this 2nd day of December, 2016 served a copy of the foregoing Answer and Affirmative Defenses and any New Matter on Steven M. Davis, Esq. via email at sdavis@becker-poliakoff.com.

>
> Van Horn Law Group, P.A.
> 330 N. Andrews Ave, Suite 450
> Ft. Lauderdale, FL 33301
> (954) 765-3166
> (954) 756-7103 (fax)
> chad@cvhlawgroup.com
>
> By: /s/ Chad T. Van Horn
> Chad Van Horn, Esq.
> Florida Bar No: 064500